■ HARRINGTON, INC., Respondent, v THOMAS G. MAGUIRE,

Appellant.—Appeal unanimously dismissed, as moot, without costs. (Appeal from order of Supreme Court, Monroe County, Boehm, J.—permanent injunction.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.